368 A.2d 271

COMMONWEALTH of Pennsylvania

v.

Alphonso JACKSON, Appellant.

Supreme Court of Pennsylvania.

Submitted Jan. 10, 1977.

Decided April 28, 1977.

Richard E. Johnson, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM:

Judgment of sentence affirmed.

JONES, former C. J., did not participate in the consideration or decision of this case.

ROBERTS, J., filed a concurring opinion.

ROBERTS, Justice, concurring.

Appellant raises the following claims: (1) his admissions to the police after his arrest should have been suppressed because (a) they were obtained in violation of *Miranda v. Arizona*, 384 U.S. 436, 86 S.Ct. 1602, 16 L. Ed.2d 694 (1966) and (b) they were involuntary; and (2) the evidence was insufficient to support the verdict of voluntary manslaughter.

His first claim has been waived because it was not raised in written post-trial motions. *Commonwealth v. Blair*, 460 Pa. 31, 331 A.2d 213 (1975). The record demonstrates that the second claim is without merit. Therefore, I agree that judgment of sentence should be affirmed.